IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JODIE BARTON, | Civil Action |
| Plaintiff, | No. 09-1191 |
| v. | |
| SHARP VISIONS, INC., | Judge Lancaster |
| Defendant. | JURY TRIAL DEMANDED |

## STIPULATION FOR DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1) the parties stipulate to the dismissal of this matter with prejudice.

Respectfully submitted,

/S/ Jon Pushinsky
Jon Pushinsky
Pa. I.D. No.

Law & Finance Building
429 Fourth Avenue, Suite 1808
Pittsburgh, PA 15219
(412) 281-6800

Attorney for Defendant

/S/Christine T. Elzer
Samuel J. Cordes
Christine T. Elzer

Pa.I.D. No. 54874 (Cordes)
Pa.I.D. No. 208157 (Elzer)

Samuel J. Cordes & Associates
245 Fort Pitt Boulevard
Pittsburgh, PA 15222
(412) 471-8500

Attorneys for Plaintiff

SO ORDERED, this 15 day of March, 2010.

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge